UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

---------------------------------------------------------------X

21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

**RULE 7.1 STATEMENT OF
TULLY CONSTRUCTION
CO., INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Tully Construction Co., Inc. certifies that Tully Construction

Co., Inc. is a privately held company and that no parent corporation or publicly held corporation

owns any interest therein.

Dated: Newark, New Jersey
        November 28, 2006

PATTON BOGGS LLP

By: _James E. Tyrrell, Jr._
    James E. Tyrrell, Jr. (JT-6837)
    One Riverfront Plaza, 6th floor
    Newark, NJ 07102
    (973) 868-5600
    JTyrrell@PattonBoggs.com

*Attorneys for defendant* Tully Construction Co., Inc.